Revised October 31, 2011                                              TXEB Appendix 1007-b-7

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

2014 JAN 13 AM 9:50

CLERK U.S. BANKRUPTCY
COURT

IN RE:

Kimberly Yvette Holton          13-42947                        _____ DEPUTY
     Debtor(s)              Bankruptcy Case Number

### NOTICE OF CHANGE IN SCHEDULE OF CREDITORS

In accordance with LBR 1007(b)7, the attached amended schedule is filed for the following reason (check only one):

☐   Add Creditor(s) [requires $30.00 filing fee]

☐   Delete Creditor(s) [requires a $30.00 filing fee]

☑   Change the amount of a debt [requires a $30.00 filing fee]

☐   Change the classification of a debt [requires a $30.00 filing fee]

☐   Change the address of Creditor(s) or add Attorney for a Creditor [no fee required]

☐   Amendment to Schedule C – Property Claimed as Exempt [requires service on matrix]

☐   Amendment to Schedule I – Current Income of Individual Debtor(s)

☐   Amendment to Schedule J – Current Expenditures of Individual Debtor(s)

☐   Initial Amended Schedules due to Chapter Conversion

> Instructions: A separate Notice of Change is required when both adding and deleting creditors. An amended (partial) matrix is required to add or delete creditors. **ANNOTATE CLEARLY SO CHANGES ARE EASILY UNDERSTANDABLE.** Do not file a complete new matrix. Only those creditors affected by the amended schedule should be shown on the matrix. If the $30.00 filing fee is required, multiple filings of a Notice of Change filed in the same case at the same time require only a single $30.00 fee. Adding or deleting creditors at different times requires a fee each time.

I, or each of us, declare under penalty of perjury, that I/we have read the changes to the List of Creditors (Master Mailing List (matrix)) and to the schedules and statements as attached hereto, and that they are correct to the best of my/our knowledge, information and belief.

Date: 1-12-14                    _Kimberly Y. Holton_____
                                 Debtor/Signature

Date: _____             _____
                                 Joint Debtor Signature

B16A (Official Form 16A) (12/07)

Form 16A. CAPTION (FULL)

# United States Bankruptcy Court
## Eastern District of Texas

In re **Kimberly Yvette Holton**,
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Address **1413 Clover Dr.**
**Allen, TX 75002**

Case No. **13-42947**

Chapter **7**

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s).,(if any): **7102**

Employer Tax-Identification (EIN) No(s).(if any): ____

*[Designation of Character of Paper]*

## Amended Schedules

1. Summary of Schedules (B6 Summary; Official Form 6)
2. Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (B6 Summary; Official Form 6)
3. Schedule D - Creditors Holding Secured Claims (B6D; Official Form 6D)
4. Schedule E - Creditor's Holding Unsecured Priority Claims (B6E; Official Form 6E)
5. Schedule F - Creditor's Holding Unsecured Nonpriority Claims (B6F; Official Form 6F)
6. Chapter 7 Individual Debtor's Statement of Intention

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

In re **Kimberly Yvette Holton**,   Case No. **13-42947**
*Debtor*

Chapter **7**

## AMENDMENT TO SUMMARY OF SCHEDULES (AMENDED)

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER | |
|---|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | | |
| B - Personal Property | Yes | 3 | $ 9,517.00 | | | |
| C - Property Claimed as Exempt | Yes | 1 | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 9,871.67 | | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 926.00 | | CORRECT |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 189,309.21 | | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | | |
| H - Codebtors | Yes | 1 | | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 893.47 | ADDED |
| J - Current Expenditures of Individual Debtors(s) | Yes | 3 | | | $ 3,821.00 | ADDED |
| TOTAL | | 25 | $ 9,517.00 | $ 200,106.88 | | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Texas

In re  Kimberly Yvette Holton ,                          Case No. 13-42947
*Debtor*

Chapter  7

### AMENDMENT TO
### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)
### (AMENDED)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 926.00 | CORRECTED |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 | |
| Student Loan Obligations (from Schedule F) | $ 152,742.00 | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 | |
| TOTAL | $ 153,688.00 | |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ 893.47 | CORRECTED |
| Average Expenses (from Schedule J, Line 22) | $ 3,821.00 | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 7,774.16 | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | $ 300.00 | ADDED |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 526.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | $ 400.00 | ADDED |
| 4. Total from Schedule F | $ 189,309.21 | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $ 190,009.21 | |

B 6D (Official Form 6D) (12/07)

In re  Kimberly Yvette Holton          ,    Case No.  13-42947
                Debtor                                      (If known)

AMENDMENT TO
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(AMENDED)

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 097720 GO Federal Credit Union 5429 LBJ Fwy Suite 600 Dallas, TX 75240 | | | Date incurred: 2009 Consideration: Auto Loan  VALUE $  4,500.00 | | | | 8,321.67 | 0.00 |
| ACCOUNT NO. Ebrahim Unwala PO Box 251607 Plano, TX 75025 | | | Date incurred: 2011 Consideration: Residential Lease  VALUE $  1,250.00 | | | | CORRECTED 1,550.00 | 300.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 9,871.67 | $ 300.00 |
| | | | Total ▶ (Use only on last page) | | | | $ 9,871.67 | $ 300.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re _Kimberly Yvette Holton_____,          Case No. _13-42947_____
                    *Debtor*                                    *(if known)*

# AMENDMENT TO
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
# (Amended)

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re  Kimberly Yvette Holton                ,    Case No.  13-42947
    *Debtor*                                              *(if known)*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re **Kimberly Yvette Holton**,    Case No. **13-42947**
_____Debtor_____    _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 18600924<br>Texas Health and Human Services<br>PO Box 149055<br>Austin, TX 78714-9055 | | | Date incurred: 2012<br>Consideration: SNAP benefits | | | | 526.00 | 526.00 | 0.00 |
| Account No. 11-391135-2 *ADDED*<br>Texas Workforce Commission<br>PO Box 149352<br>Austin, TX 78714-9940 | | | Date incurred: 2010<br>Consideration: Unemploymebt benefits | | | X | 400.00 | 0.00 | 400.00 *ADDED* |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _1_ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 926.00    $ 526.00    400.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 926.00

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 526.00    $ 400.00

B 6F (Official Form 6F) (12/07) - Cont.

In re Kimberly Yvette Holton          ,          Case No. 13-42947
　　　　　　　Debtor                                  (if known)

**AMENDMENT TO**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)
*(AMENDED)*

| | CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | ACCOUNT NO. | | | Date incurred: 2010 Consideration: MRI Services | | | | |
| ADDED | American Dynamic Imaging 14320 Midway Rd Suite 100 Dallas, TX 75244 | | | | | | | 3,200.00 |
| | ACCOUNT NO. | | | Date incurred: 2010 Consideration: Chiropractice Services | | | | |
| ADDED | Tree of Life Chiropractice 309 S Jupiter Suite 100 Allen, TX 75002 | | | | | | | 4,150.00 |
| | ACCOUNT NO. | | | | | | | |
| | ACCOUNT NO. | | | | | | | |
| | ACCOUNT NO. | | | | | | | |

Sheet no.____ of____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 7,350.00

Total▶  $ 189,309.21
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)